# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:23-cv-06324-MCS-AS | Date October 30, 2023 |
| Title *Ralph Yeomans v. California Physicians Service et al* | |

**Present: The Honorable**  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Benjamin Fraser | Gregory N. Pimstone<br>Marina Shvarts<br>Gary S. Pancer |

**Proceedings: Motion to Dismiss (ECF No. 11) and Motion to Remand Case to Los Angeles Superior Court (ECF No. 15)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.